SEALED

1 BENJAMIN B. WAGNER
United States Attorney
2 CHRISTOPHER S. HALES
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

MAR 2 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:13-SW-183 AC |
| Plaintiff, | ) | |
| v. | ) | SEALING ORDER |
| iCanTek MyDVR1630C Digital Video Recorder, serial number D0835-000026 | ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 3/26/13

_____
ALLISON CLAIRE
United States Magistrate Judge